**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bernardo PEREZ–RIOS, Defendant– Appellant.**

**No. 99–50674.**

**D.C. No. CR–99–00036–AHS.**

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 19, 2001.

Before KOZINSKI, T.G. NELSON and TALLMAN, Circuit Judges.

### MEMORANDUM **

Bernardo Perez–Rios appeals his 70–month sentence imposed following his

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

guilty plea conviction for illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We affirm.

Perez–Rios contends that the district court improperly enhanced his sentence on the basis of prior aggravated felony convictions that were not charged in the indictment, submitted to a jury, or proved beyond a reasonable doubt, citing *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As Perez–Rios concedes in his reply brief, his contention is foreclosed by our decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 415 (9th Cir.2000) (concluding that *Apprendi* did not overrule the Supreme Court's holding in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), that prior aggravated felonies need not be alleged in the indictment, submitted to a jury, or proved beyond a reasonable doubt), *cert. denied,* —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Alfonso's request for oral argument is therefore denied.

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by 9th Cir. R. 36–3.